McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WENZHU MA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Michael Chertoff, et al. ) <br> ) <br> ) <br> Defendants. ) <br> _____ ) | CV 07-S-2025 GEB KJM <br><br> **DEFENDANTS' SECOND MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE AN ANSWER AND [PROPOSED] ORDER** |

Plaintiff has filed a complaint alleging that defendants have failed to timely process her application for adjustment of status to that of lawful permanent resident. On December 4, 2007, the parties stipulated to a three week extension of time in which to file defendants' answer and rescheduling of the scheduling conference. As of the date of filing of this second extension request, administrative adjudication of petitioner's application for adjustment of status has not been completed, but the government is hopeful that a favorable resolution can be obtained within an additional 60 days.

For this reason, defendants request a second extension of time in which to either file an answer to the complaint or other dispositive motion. Defendants expect this adjudication to be completed within an additional 60 days, and therefore request an extension until February 21, 2007. Plaintiff's counsel consents to this motion. The parties also request that the scheduling conference, currently set for January 22, 2008, be rescheduled to a date following the requested new answer date.

Dated: December 19, 2007                    Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney


By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants


## ORDER

Pursuant to this Second Motion for an Extension of Time and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on February 22, 2008, and the scheduling conference is rescheduled to April 14, 2008, at 9:00 a.m. Further, a Joint Status Report shall be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated: December 21, 2007

GARLAND E. BURRELL, JR.
United States District Judge

-2-