McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

WENZHU MA,                                    )        CV 07-S-2025 GEB KJM
                                              )
          Plaintiff,                          )
                                              )
     v.                                       )        **JOINT STIPULATION RE:**
                                              )        **DEFENDANTS' THIRD**
Michael Chertoff, et al.                      )        **MOTION FOR AN EXTENSION**
                                              )        **OF TIME IN WHICH TO FILE**
                                              )        **AN ANSWER AND [PROPOSED]**
          Defendants.                         )        **ORDER**
_____)

    Plaintiff has filed a complaint alleging that defendants have failed to timely process her application for adjustment of status to that of lawful permanent resident.  Pursuant to new Citizenship and Immigration Services guidance that allow for the adjudication of adjustment of status applications in certain cases before the completion of the Federal Bureau of Investigations background name check, plaintiff's application has been approved.  However, due to an outstanding administrative issue on the actual generation of her green card, the matter is not yet moot.

    Toward the end of a complete administrative resolution of the matter, the parties stipulate to a third extension of time in which to either file an answer to the complaint or other dispositive motion, until March 24, 2008.

Dated: February 25, 2008          Respectfully Submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

-1-

By:     /s/Audrey Hemesath
        Audrey B. Hemesath
        Assistant U.S. Attorney
        Attorneys for the Defendants


        /s/ Ying Natalie Zhang
        Ying Natalie Zhang
        Attorney for the Plaintiff


ORDER

    Pursuant to this Second Motion for an Extension of Time and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on March 24, 2008.


    IT IS SO ORDERED.

Dated:  February 26, 2008

GARLAND E. BURRELL, JR.
United States District Judge