McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WENZHU MA,<br><br>    Plaintiff,<br><br>  v.<br><br>Michael Chertoff, et al.<br><br>    Defendants. | CV 07-S-2025 GEB KJM<br><br>**JOINT STIPULATION RE: DISMISSAL AND [PROPOSED] ORDER** |

This is an immigration case in which the parties had previously stipulated to an extension of time to resolve an agency issue of green card processing. As of the date of this filing, plaintiff has received her permanent resident card, and the parties accordingly stipulate to dismissal.

Dated: September 4, 2008          Respectfully Submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney


                            By:   /s/Audrey Hemesath
                                  Audrey B. Hemesath
                                  Assistant U.S. Attorney
                                  Attorneys for the Defendants


                                  /s/ Ying Natalie Zhang
                                  Ying Natalie Zhang
                                  Attorney for the Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>ORDER</u>

Pursuant to this Stipulation to Dismissal and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is dismissed as moot.

IT IS SO ORDERED.

Dated: September 9, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge